IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER JACKSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.                                              13-cv-662-bbc

TAMMY MASSEN, DEBRA TIDQUIST,
KENNETH ADLER, GEORGIA KOSTOHRYZ,
JODI DOUGHTERTY, GREG MEIER,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Tammy Massen and Jodi Dougherty; and

    (2) granting defendants Debra Tidquist, Kenneth Adler, Georgia Kostohryz and Greg Meier's motion for summary judgment and dismissing this case.

    /s/                                                    10/23/2014

Peter Oppeneer, Clerk of Court                      Date